IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ORLANDO CHARLES GRIPPER,**

    Petitioner.

v.                                                               Civil Action No. **3:20CV153**

**WARDEN, FCC PETERSBURG,**

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on March 16, 2020, the Court conditionally docketed this action filed by Orlando Charles Gripper. (ECF No. 3.) At that time, the Court admonished Gripper that he "must immediately advise the Court of his new address in the event he relocates while the action is pending." (*Id.* at 2.) The Court expressly warned Gripper that "**FAILURE TO DO SO MAY RESULT IN DISMISSAL OF THE ACTION.**" (*Id.*)

On December 4, 2020, the Court ordered, *inter alia*, that Gripper "show good cause" why this action "should not be dismissed as moot." (ECF No. 11, at 2.) On December 17, 2020, the United States Postal Service returned the Court's Order as undeliverable because Gripper had apparently relocated. (ECF No. 12, at 1.) Gripper has not contacted the Court to provide a current address. Gripper's failure to provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the Action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall accompany this Memorandum Opinion.

                                                                   /s/
                                                       M. Hannah Lauck
                                                       United States District Judge

Date: 1-4-21
Richmond, Virginia